14 F.3d 49
 Riley (James W.), Andrews (David Paul), Iverson (Gary Lee),
Dawson (David), Andrews (Edwin)
v.
Sullivan (John L.), Redman (Walter), Gulledge (Thomas),
Caulk (Rodney, Major), Ewing (John, S/Lt.), Shockley
(Richard, Lt.), Dixon (Floyd, Lt.), Bankus (Michael, Lt.),
Person (David), Burris (Elizabeth), Mail Room Officer
Ferguson, Bartsch (John, S/Lt.), Hilts (Edna), Hobler
(Bruce), Wolfson (Bob), Russemm (Norris), Shieker (Bruce),
Hall (Charles), Spencer (Alexander), Colburn
 NO. 93-7482
 United States Court of Appeals,
Third Circuit.
 Nov 19, 1993
 
 Appeal From: D.Del.,
 Robinson, J.
 
 
 1
 AFFIRMED.